UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
I.O.B. REALTY, INC.,

                              Plaintiff,

      -against-

PATSY'S BRAND, INC.,

                             Defendant.
-------------------------------------------------------------X

16 Civ. 7682 (LLS)

**ORDER**

        This Court will not entertain any applications from counsel until the Court of Appeals issues its Mandate.

Dated: New York, New York
          May 20, 2020

                                                              _Louis L. Stanton_
                                                         LOUIS L. STANTON
                                                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/20