ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.O.B. REALTY, INC.,

                    Plaintiff,

          - against -                           16-cv-07682(LLS)

PATSY'S BRAND, INC.,                            ORDER OF AMENDMENT

                    Defendant.

    The May 8, 2020 Response to Order of Remand is amended to
add, at the end of the first full paragraph on page three, the
sentence "See Rule 54(c), 'Every other [than a default judgment]
final judgment should grant the relief to which each party is
entitled, even if the party has not demanded that relief in its
pleadings.'"

    So ordered.

Dated:    New York, New York
          October 13, 2020

                                        Louis L. Stanton
                                    _____
                                        LOUIS L. STANTON
                                        U.S.D.J.